**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Michael DeVito, et al.

Plaintiff,

v.

Case No.: 1:25–cv–08897
Honorable April M. Perry

Aaniiih Nakoda Finance, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 6, 2025:

MINUTE entry before the Honorable April M. Perry: The Court grants the joint motion to stay proceedings [22] until the Seventh Circuit issues its opinion in Harris v. W6LS, Inc., 24–2056. Within 10 days of that decision, the parties are to submit a proposed briefing schedule for the contemplated motion to compel arbitration. If no Seventh Circuit opinion is issued by 4/15/2026, the parties are asked to submit a joint status report regarding whether they still mutually request the matter be stayed. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.